

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Gabriel Anthony Carbajal,                    * From the 318th District Court
                                               of Midland County,
                                               Trial Court No. FM72500.

No. 11-25-00306-CV                           * December 31, 2025

Pamela Carbajal,                             * Memorandum Opinion by Trotter, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has considered Gabriel Anthony Carbajal's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Gabriel Anthony Carbajal.